UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID PORTNOY,<br><br>      Plaintiff,<br><br>   v.<br><br>INSIDER, INC., HENRY BLODGET, NICHOLAS CARLSON, JULIA BLACK, and MELKORKA LICEA<br><br>      Defendants. | Case No. 1:22-cv-10197 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Insider Inc. is a private company wholly owned by Axel Springer Digital Ventures GmbH, which is a private company wholly owned by Axel Springer Digital GmbH, which is a private company wholly owned by Axel Springer SE, a private company which is the ultimate parent of each of the above-listed entities.

Dated: April 7, 2022

                                Respectfully submitted,

                                /s/ *Rachel F. Strom*
                                Rachel F. Strom (BBO #666319)
                                DAVIS WRIGHT TREMAINE LLP
                                1251 Avenue of the Americas, 21st Floor
                                New York, New York 10020
                                (212) 402-4069
                                (212) 3795244 Fax

                                ***Counsel for Insider, Inc., Henry Blodget, Nicholas Carlson, Julia Black and Melkorka Licea.***

**CERTIFICATE OF SERVICE**

      I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ <i>Rachel F. Strom</i><br>Rachel F. Strom

Dated: April 7, 2022