# EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

David Portnoy

V.   CASE NO. 1:22-cv-10197

Insider, Inc., et al

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

For ease of the Court's reference, a DVD containing a true and correct copy of a November 11, 2021 press-conference-style YouTube video titled "Dave Portnoy Exposes Business Insider Hit Piece" has been lodged with Judge Saylor's Chambers. The Press Conference was downloaded from https://www.youtube.com/watch?v=UW85j-7MAow.  The DVD is authenticated as Exhibit 3 to the concurrently filed Rachel Strom Declaration.

The original documents are maintained in the case file in the Clerk's Office.

April 11, 2022
Date

Rachel F. Strom
Attorney for Defendants
Insider, Inc., Henry Blodget,
Nicholas Carlson, Julia Black, and
Melkorka Licea

(Notice of Filing.wpd - 7/03)