# EXHIBIT 4

**YouTube Audio File: DAVE PORTNOY EXPOSES BUSINESS INSIDER HIT PIECE**
**Audio length**: 00:59:53

| | | |
|---|---|---|
| 00:00:00 | Dave Portnoy: | Music. Should we turn one of these lights off? I feel like I'm, uh, in an interrogation chamber. Is that too late to turn that guy off? |
| 00:00:11 | Speaker 2: | Can lights off? |
| | Dave Portnoy: | Just that one, can you do that? Or is that illegal? |
| | Speaker 2: | Uh yeah. Andrew, you got that? |
| | Dave Portnoy: | It's like I mean, look at this. It's like I'm in a … it's cool with the background, but it looks like I'm in a a hot lamp. It's not the end of the world if they can't do it. |
| 00:00:28 | Speaker 2: | *[unintelligible]* |
| 00:00:30 | Dave Portnoy: | We'll see if it looks better when they do it. It's like this this guy is y- you trying to make me look guilty already by having like a heat lamp in my face. Do I have a pen?

So the big question around the Office too is whether this will have … this the the second, I guess, my guest will be biggest live we've ever done. This one vers- me versus Vlad, so we'll see. I'm just waiting to see if they can get this light off my face. The background is bananas. And by the way, clear your schedule. Clear your schedule, because this is gonna be an all-encompassing like, recap of basically what's happened since Thursday when this hit piece dropped. Uhm and Pete's just going up, see what we got. Hopefully get the light off me a little bit. I think it'll look better. That's just a vet vet move that we don't need to uh … if we can't do it, we can't do it. There we go. No, turn it back on. Way better. Way better. Way better. Way better. |
| 00:01:40 | | OK, Alright. So here we go. Like I said, I I I've been basically, if you've been following me on social media, I got some- so first of all, if you've been following me at all, and I've said this from the beginning, that if anybody looked at the details of this case, the details of this article, my reaction to it, the facts of it, you would realize that there's nothing there. Uh and then I got something sent to us, thank God, yesterday, that to me, on agai- if we weren't already there, proved my innocence in that I'm telling the truth beyond a shadow of a doubt, and that's when I got aggressive, tweeting at BI and all the stuff like that. And of course they're like crying like, "Oh, how can you do that?" |

| 00:02:20 | | Well, here's the thing. Uhm. Julia Black, Business Insider, even though they say they never accused me of raping a girl, they describe rape. Like, in the article, big-ass headlines, like put them i-in there's gonna be a lot of exhibits, because this is proof, we're gonna put it up all after. But they accuse me of rape, period. They say they didn't. There's no actual allegations, but if you read it, it's like girls running away. Dave won't stop. That's rape. I've said this from the top. |
| | | If- I don't care how many times a girl says "Yes, yes, yes" before, if at any point she's like, "No, stop," and you don't stop, that's rape. OK? That's rape. That's what they said I did. I never did that. I gave my reaction off the top. Let's go through the details because everything happened fast. There's a lot more facts now backing up. Business Insider, as of this time, has not corrected, added, nothing, in that original article. Nothing. Even though there's facts that have come out, they have added nothing. |
| 00:03:13 | | So let's start. eight and a half months ago. Alright? eight and a half months ago, somewhere around there, I got an email from Julia Black. Show the email. This is the first one. Show the email she sent me to start this thing off. We'll see how our uh … |
| 00:03:28 | Speaker 2: | *[unintelligible]* |
| | Dave Portnoy: | The first one, let's get the first one up. |
| 00:03:33 | Speaker 2: | There's one that was just added. |
| | Dave Portnoy: | We can't get the first one up. This is gonna be a 10-hour thing. We have this all. Get the first … get the email from Julia Black. Uh here it is. OK, so this is how it started. Uh I believe it's somewhere around April, 8 months. |
| | | *I hope you're doing well. I'm a reporter with Business Insider… I'd love the opportunity to interview you for a profile. No particular angle here. I'd love to cover the full gamut from building a media empire to becoming the face of a meme stock movement. Frankly, I think your story in many ways can tell the story of where America finds itself in 2021 … Ideal world, I wanna meet you in person. Do you plan on being in the Northeast anytime soon? Great if we could work something out that makes sense with your travel plans and COVID safely. Thanks for considering, Dave, let me know if you have any questions. Hope we talk soon.* |

| 00:04:15 | | I declined this. I was like, "No, uh, I'm all set. Thanks though for the interest." Uhm, of course, as I've come to learn, this was covering her tracks. Julia was covering her tracks, because what-t-to write a hit piece, and they knew what they were writing from the beginning, but if I could prove that you were always out to make me look like a sexual monster deviant, then I can sue you. This like, "No, no, we we we had good intentions." Yeah, right. |
|---|---|---|
| 00:04:41 | 53 | So OK, that's the original email. Article's published. Bli- not blindsided, because we knew. I kept hearing from girls and girls. The first real red flag from Miss Black, Julia Black. Put up the-put up Exhibit one, her Twitter profile. You looked at these two things. The first one up top, tweets. This is how many tweets she had before the article came out. Four thousand one hundred and fifty one [4,151] tweets. This is before we said anything about her or any of the article comes out. Look how many tweets Julia Black has right now? A hundred and thirty two [132]. She went from 4,151 to 132 tweets. She deleted her entire Twitter profile. Why? 'Cause she doesn't want us to show there's some so- sort of preconceived notion. Barstool people are not bad, not great at digging it up. Put up exhibit 2. All the way back, 2017. A guy that uh a guy right here. Uhm<br><br>*Don't forget to tag your writers Chris Spags.*<br><br>Chris Spags worked for us.<br><br>*Looks like he never made it past the 3rd grade, but I'm sure Twitter will happily educate him.*<br><br>It was an article Spags wrote about Rihanna. Now, again, clearly an anti-Barstool bias there, but what I find uh interesting, what I get accused of so much, they're putting the mob on people, they're putting the mob. If you notice in that tweet, she says, "I'm sure Twitter will educate him," trying to basically rally all the people. |
| 00:06:06 | | Next tweet. Exhibit 3, "Smells like Trump." Put up Exhibit 3, "Smells like Trump." Uh I'll wait, we may have a little delay with these, putting up the graphics every time. What are we doing? No, put up the Trump. This is all your fault, Austin, by the way, for not having everything organized and talk lower. Uh put up Exhibit 3, "Smells like Trump." |
| 00:06:32 | Speaker 2: | *[unintelligible]* |

3

| | Dave Portnoy: | I'll wait. Is it not in order? What's going on? |
|---|---|---|
| | Speaker 2: | *[unintelligible]* |
| 00:06:43 | Dave Portnoy: | Alright, move on- Basically she's writing anti-Trump articles. I don't know, my idiot crew who showed up at noon here, uh- i-don't have things organized. I'm gonna tear his head off if he doesn't get organized quickly. Put up the next one that you have after it then, the tip off to the reporter, which again, eight and a half months going. Don't worry, be with it. So this is a random girl I've never met. I've never met. Julia Black interviewed her. This is, I condensed it, but this is what she was telling me. And I'm in the blue obviously. We were going back and forth. |
| | | *The fact she's trying to get you to trash me and we don't know each other kinda says all you need to know. She's been looking for girls for six months.* |
| | | The girl, |
| | | *I know, I wasn't gonna reach out. But once she contact me a month later.* |
| | | after she already said Dave never did anything. In the previous it was like she's trying to make you sound like a paedo. |
| | | *I was like what uh the fuck kind of article are they trying to reach out?* |
| 00:07:30 | | Again, clear bias, that's what I'm trying to show here. Julia Black and Business Insider want to make it sound like "Oh we wanted to write a nice piece and we stumbled across these people and the tenor of the article changed." That's bullshit so they don't get sued. And all of this, the fact she deleted her Twitter profile, the fact she had anti-Trump stuff, which maybe one day we'll get that picture up there, Austin. Uhm no, don't do it. Uh would stay in order, hopefully you get the rest in order. Uh just proves there was a bias going in. Uhm so the article's published. Next thing that happens basically is they go right after our advertisers. |
| 00:08:02 | | Exhibit 4, contacting the advertisers. Here we go. So this is Patrick Coffee, Business Insider. This is before we've had a chance to breathe. Keep in mind 8 ½ months they did this article. 8 ½ months. They gave us 24-hour notice that they were gonna publish it. And then instantly, they publish it and they're sending this to our advertisers being like "Hey, we're going to write a |

| | | |
|---|---|---|
| | | story about who stays with Barstool and who goes because have you heard these allegations? Oh, by the way, we wrote the allegations." Total bullshit, cancel culture 101. Like write the article, the hit piece, and then try to scare, even though as we're going to go through this thing, there's no facts to any of it. |
| 00:08:38 | | Let's get into. So there is basically, the way I see it, there were two major accusations; two girls, an Allison, and a Madison. There's a third that they'll say, that there's no context, no proof, no nothing. It just basically says "Dave had sex with a girl and and was aggressive," basically. Nothing, no date, no anything, you could have said that a hundred times. You could watch, which by the way, I have a leaked sex tapes. I was the victim. If you watch one of them in particular, you can say Dave has aggressive sex. It's like "Yeah I mean, everyone's seen it." So it's hard to be like "No, no, no," when it's out there. But let's this is where the case starts getting like, they're just sloppy. Allison's testimony. This is from the article. And I hate reading it, it's weird reading it, but we got to get the point across. This is from the Business Insider article. It's still up there.<br><br>*Allison's sister, Olivia, who had recently graduated college, told Insider that some of her friends who were sending Portnoy direct messages, atten-shing- attempting to get the mogul's attention, but he wasn't giving them the time of day. Then they realized that her 19-year old sister, Allison, might be more his type. They said 'You should reach out to him. He likes younger girls, and he completely took the bait.' Olivia said.*<br><br>*He was much more interested in her than any of my 22 year-old friends."* |
| 00:09:53 | | Keep that up for a second. First of all, the fact that they even have "and he completely took the bait," there's this this this message that they're trying to present that I'm praying on girls. Literally in the article, it they're saying they tried to bait me. And second of all, it- you think I knew how old Alison was? Alison asked me to meet at a bar, which you'll see later. But not to be rude, but I'm just going to be frank, the sister's friends, if I saw, I didn't find attractive and I found the other girl attractive. Had nothing to do with age. Uhm and and how can this, like, anyone with an open mind, "he completely took the bait." And by the way, you're a shitty sister using your daughter as- I mean your younger sister to bait somebody to go sleep … like what are we talk…? I'm the bad guy? Uhm, let- n- next slide. |

| 00:10:44 | Speaker 2: | 5B? |
|---|---|---|
| 00:10:45 | Dave Portnoy | 5B. Oh, so we're going? Alright. Yeah, here it is. It's more of the- it's more of the testimony. Al- so pay attention to all of this testimony. This is what Business Insider wrote. It's what they still have.<br><br>*Allison recalled sitting by the pool, Portnoy offered her watermelon and water.*<br><br>Again, it's a well-known fact I love watermelon.<br><br>*He asked her which school she went to, which grade which she was in, Allison recalled. Then, she said: He got up to go inside and was like 'OK, I'll go inside with you.' And he was like 'I didn't know it would be that easy.' Leaned in and started kissing me. I didn't know what to do at that point. Went upstairs. He was really aggressive. I didn't know what to do. We had sex and that was it and he kicked me out. Allison said her memories were fuzzy because of an emotional distress surrounding the incident, but like Madison,*<br><br>the girl later,<br><br>*She said Portnoy choked her. 'He kept sitting spitting in my mouth'*<br><br>that's a bald-faced lie.<br><br>*'which was really gross, Allison said. I was kind of scared. I didn't want to disappoint him.* |
| 00:11:37 | | *A little over an hour later, Allison's friends picked her up.*<br><br>Again, star this, star this.<br><br>*A little over an hour later, Allison's friends picked her up. One of the young women who was in the car told Insider Allison was uncharacteristically quiet. She was clearly almost in shock.*<br><br>So the story they're telling, the girl had sex with me, it was so violent she went into basically shock. Couldn't talk afterwards. She ba- literally.<br><br>*She couldn't talk the next day, Allison's mother told Insider. Allison does not describe what happened to her as sexual* |

6

| | | |
|---|---|---|
| | | *assault, but she says she's deeply disturbed by the experience. 'I felt very preyed on.'* |
| 00:12:12 | | OK, she doesn't describe it as sexual assault. This is a trick that Business Insider has done with this article. They will not accuse me of anything. There is- because if they accuse me in a criminal sense, there's gonna be an investigation and they're gonna be like "You guys are full of shit." So it's this isn't like, journalism. This is an editorial about Dave. We don't like Dave. They never accuse me anything. They write crimes. Like the way they describe it is a crime, but they won't call it a crime. And then the girl saying "I just felt very preyed on." Again, remember the older sister being like "He fell for the bait." |
| 00:12:44 | | Uh next slide. Still more of her testimony from the article. |
| | | *Soon after Allison's encounter with Portnoy, two photos – a selfie Allison had taken with Portnoy and a photo a friend took of her leaving the house – began to circulate the island. Both were posted on private Snapchat by her friends; screenshotted, shared. Before long it felt like the entire island knew what transpired between Allison and Portnoy, Olivia said.* |
| | | Again, mark that part because it's gonna come back. It's like what the fuck. |
| | | Allison who suffers depressions, felt stress, overwhelmed from the encounter. Uh |
| | | *It was 'at my breaking point.'* |
| | | Uhm, when she was in the hospital, the mother |
| | | *began going through her phone trying to understand what happened, finding Portnoy's messages. Allison's mother called the Nantucket Police. She told the police, 'Go put somebody outside his door, because you're gonna see everyday some young girls being dropped off.' Insider viewed police documents, confirming this call. Her mother wanted to pursue some sort of legal action against Alli- uh against Portnoy, uhm but Allison refused, 'I knew he'd drag me through the mud,' Allison said.* |
| 00:13:46 | | OK, couple things in this and we'll get to the next. Uhm, i- w- so alright well now that's the version of events that she told, right? Pretty graphic, pretty detailed, exactly what happened, instant |

| | | |
|---|---|---|
| | | depression, the mother saying she wants, like warning the police. I don't have 18-year old girls over my ho-, I barely have people over my house. So that's what the article said. |
| 00:14:06 | | Continue along, next slide. We may even have to g- … OK, so after I read this, I go in and I f- I know who the girl is, and I go check out my correspondences with her. It directly, and I mean directly flies in the face. That's her on the left.

*I'm on island with all my friends. Really want to see you. Heart. Would do anything.*

Two responses. No way. So by the way, Nantucket g-, people gotta remember, it's an island. So, if someone's like "Hey, I'm on Nantucket. Wanna hang out?" Like yeah, you can reply, I'm a man.

*How long you here for?*

I sp- uh I think you s- …yeah, no H-E-R-E, whatever, little spelling mistake.

*Till August 14th.*
*How long you here for? This is my last week.*

She says, she says,

*Let's hang tonight.*

I say,

*I haven't slept in like four days. How many friends you with?*

She said,

*Six. I'm in Cisco looking to have some drinks.*

Cisco, Cisco Brewery. Cisco Brewery is a huge bar in Nantucket, 21 plus like very other bar in the United States. So, and what do I say?

*Yeah, I'm out tonight.*

I don't want to go. I didn't invite her over. I didn't do anything. I said, I don't want to hang out. That's one, her asking me to hang out, I say no. She says,

*No, it's your last week.* |

| | | Again, in the article, I preyed on her. |
|---|---|---|
| 00:15:21 | | Continue along with our DMs. She again after I said no reaches out to me. |
| | | *What you doing today?* |
| | | That's her. I say. |
| | | *Free during the day.* |
| | | This is what she said, the daughter, who was preyed upon, |
| | | *Okay, can we bang?* |
| | | That's what she said to me, "okay can we bang?" Uhm, I said yes, again, I did find her attractive she's- move on, I'm a guy. If people are going to indict me for being a guy, indict me. Have I done anything here that's me, leading, preying, being weird? If you think 'yes,' then arrest like 75% of the country at this point. |
| 00:15:54 | | Next slide. |
| | | *Are you ex-* |
| | | This is before we've hooked up. |
| | | *Are you excited or nervous? Haha.* |
| | | She says, |
| | | *nervous, both.* |
| | | I say, |
| | | *Haha. don't be. It'll be fun. If you don't want to do anything, we won't.* |
| | | Let me say that again, |
| | | *And if you don't want to do anything, we won't.* |
| | | She hearted it. So she asked me do you want to bang? I say you nervous, she's like yeah, I'm like don't worry, you don't want to do anything we won't. I'm the bad guy… where, by the way, they said—Business Insider—they had access to her DMs. They posted a couple like versions of her story. So did they look at the phone and just willfully ignore this? Continue. |

| 00:16:40 | | This is where it's wild. So, this is after we hooked up. This is my exchanges with her after we hooked up and honestly thank God I had 'em. Like I didn't know I had 'em, but I did. |
|---|---|---|

This is where it's wild. So, this is after we hooked up. This is my exchanges with her after we hooked up and honestly thank God I had 'em. Like I didn't know I had 'em, but I did.

> *How did the bragging go?*

That's because she's like I can't wait to tell everybody that I hooked up with you. Uhm her answer to how did the bragging go?

> *Amazing. I got the word around, wink face*

August 1st. Uh I leave, I go to the Hamptons. Uh, she replied to a story. It must have been me leaving. Unprovoked, replied to my story.

> *Awe, bye, Nantucket is better.*

I love Nantucket. I say,

> *Agreed.*

Okay people are gonna say this next one.

> *Miss my dick yet?*

They're gonna like make a T-shirt to this. I was sexting, alright? Give me a break. These things, by the way, that I get accused of in these stories, in these videos, I'm the fucking victim. I'm not trying to be like sad. These are never meant to see the light of day. You think I want my mom, my girlfriend, like reading this shit? No but I have no choice of it's the only way to vindicate myself. So I say

> *Miss my dick yet?*

She says,

> *Haha, of course.*

I say,

> *Good.*

This one,

> *I'm in shock that you're still DMing me right now. Like, what's up Dave Portnoy.*

| | | |
|---|---|---|
| | | That's me being kind of like a nice guy. Like I hooked up with her. I just didn't ghost her. I'm still talking. August 2nd.<br><br>*If you ever want to text me, my number is*<br><br>Here, she gives me her number. |
| 00:18:10 | | The Business Insider Report, just to clarify, said what? It said that the second she left my house she went into shock, that she could barely talk, that, you know, it the word got around without—she was the one telling everybody. W- In what way—and this is August 1st, August 2nd, this is 48, 72 hours after we hooked up. She's sending winky faces. She's happy. The story reads, she says, "I was preyed upon," uhm "I went into shock," "it was horrible." The sister baited her to me. She had a great time. This proves it. And now she's one of the witnesses? Did Business Insider look at this? And by the way, I've published these multiple times. Business Insider has not updated the story. Do you think this is relevant to the story?<br><br>Gets a little bit weirder. Next. I hope I remember what's next. Is this the? Perfect! Yep. So, the next slide. And this came out of thin air.<br><br>*Nantucket police spokesman Lieutenant Angus MacVicar told NBC News on Friday the department had not received a phone call as described in the Insider article, and he had not spoken to Black. MacVicar also added that the department was not currently investigating Portnoy.*<br><br>Because nothing happened. So, but when I saw this, I was like holy shit. Business Insider's worse than I thought. Now I know Julia Black sucks at her job in any evidence that would exonerate me or be in my behalf, she wasn't gonna pay any attention to. I thought this was real. Now what I find maybe the most incriminating thing, when this comes out, I make a big deal about it. I'm like, oh there's no police report. Julia Black sucks. |
| 00:19:53 | | Well Magnus Magnussen, what the hell, Nicholas Carlson, is that the guy – pull up what he does. I think that's next. I may be one ahead. Okay, yeah, so after he responds to me. Where I said they didn't even get a police report. This guy, Nicholas Carlson, who has all his comments locked, can't respond to him responds this:<br><br>*I'd like to share some images with everybody. One is the rest of the NB knee C, NBC News story. The other two are police* |

| | | |
|---|---|---|
| | | *report we've b- obtained via FOA by a researcher, not Julia. We gave the case number to NBC News. We're disappointed.*<br><br>You're disappointed? They wrote the story that way. You are, Nick? Okay yeah, the police report was not in the article, is still not in the article. You would think if there's a police report that indicates some type of wrongdoing by me and Business Insider are is saying they obtained it and had it, it would be in the article. Why wouldn't Business Insider put the police report in the article? Why did the Nantucket Police Commissioner not even know it existed? Because it reads like it's from The Onion. |
| 00:20:56 | | Show the Business, they they're so stupid. Maybe not, just sinister. They actually think the Business Report, the police report, like vindicate him. Dude, it makes you guys look like absolute lying savages. Here's the Business Report.<br><br>*Barstool Sports being with younger girls in Nantucket. Upon speaking [redacted], she …*<br><br>This is the mother, she said that she wanted to stay anonymous. Uh and by the way, when you're on this, Austin, can you find the date of this police report? Because my DMs with her were around August 2nd, so let's see if we can find the exact date of the police report.<br><br>*Upon speaking, she slayed that she liked to stay anonymous. All she gave me was th- was the name, uh, bad be-, stated that she would like to make a police report aware of D- Dave Portnoy bad behavior.*<br><br>Da-Dave Port- Imagine going up to a police officer, be like "Uh, heads up Dave Portnoy, bad behavior."<br><br>*Stated that she heard, that she heard that Dave Portnoy only hangs out…*<br><br>It's not funny, but it's so ridiculous,<br><br>*… that Dave Portnoy only hangs out with 18-year old girls when he is in Nantucket. She stated that David Portnoy is 43-year olds and he shouldn't be dating 18-year olds. Stated that she wants to give us a heads up. She stated that she heard Dave Portnoy always asks girls that come to his pool to hang out with him. She stated that David always asked the girls are at least 18 years old and willing to have sexual* |

| | | |
|---|---|---|
| | | *intercourse with him. She stated that work is from Fish and...*<br><br>this line–<br><br>*Work, she stated that workers from the Fish and Meat Market told her that David Portnoy came in there with a different girl every time he goes.* |
| 00:22:29 | | First of all, I don't run around there, "Are you 18? Can we fuck? Are you 18?" I, that is totally false. But even it was true, it's saying I'm trying to follow the law. Like it actually is saying he doesn't break any laws. So I don't even know what that is do-ing. As far as the Fish and Meat Market goes, you're not getting a good cookie review anymore if your workers are saying that. I gave the Fish and Meat Market a great review and I r-rarely, if ever, went in there with a girl. Like, I go in there, grab a cookie, and leave. That you- Honestly, j-just if I'm going to run around 18-year old girls, I don't like munching up cookies. I just don't do it. If like they got a good cookie, but I'm gonna trash that cookie. And I bet they don't even know this was said. Uhm, conti- What? |
| | Speaker 2: | August 10th is the report. |
| 00:23:13 | Dave Portnoy: | This police report was filed August 10th. I stopped talking to the girl uh August 2nd. Didn't they say three or four days or r- like after we hooked up she went into this depression? There's a 10-day gap of no, of nothing, of nothing. Nothing was said, nothing was filed. She left on great terms. 10 days passed. What are we talking about? Her timing in in time frame doesn't even add up in this story. Continue with this ridiculous report.<br><br>*She stated that her 19 year old daughter went to Dave Portnoy's house not too long ago.*<br><br>Let's, can we put in a parenthesis, uhm, she stated that her older daughter pimped out her younger daughter to go to Dave Portnoy's house not too long ago and something happened and now she's in the hospital. This is 10 days later. This police report 10 days later.<br><br>*She stated that the daughter stated again, she stated that the daughter stated she has no memory of going to David Portnoy's house.* |

| | | How do you have all these details when there is a police report said that said she doesn't remember anything? H-How can you print what you printed when you were in possession of a police report that is directly conflicting and basically contradicting what you're reporting in the Business Insider people reached up and said we have this police report? The police report is still not in the article. It is still not in the article. Uhm so, all she would say is, |
|---|---|---|
| | | *She wanted to give us a heads up on Dave Portnoy's behaviors because she doesn't want this to happen to other young girls on the island. She stated that you should keep an eye on Dave Portnoy who was on the island because he shouldn't be dating 18 year olds.* |
| | | Uhm, the police officer— |
| | | *I told the woman we haven't gotten any complaints from 18-year old goil- girls uh about Dave Portnoy.* |
| | | I've been in Nantucket for close to 15 years. Zero zero complaints. Police officer, zero complaints. |
| | | *However, I told her I g- talked to my Sergeant about what she told me.* |
| | | They passed it along. They notified somebody. Uhm and that's the police report. |
| 00:25:17 | | So what you have, you have a girl who says she has no memory of my, coming to my house. You have an article that gives graphic details. You have a mother with hearsay. You have a timeline that doesn't even add up. I have literal DMs saying we got along and she had a great time. They haven't put one ounce of this ev-evidence in the article. None. So anybody with a rational, fair take, if you are believing that side of the story over my side of the story, you just hate my guts and at no point ever ever will you believe anything I say. There can't be more concrete uh evidence about the he-said/she-said.

My hypothesis, which I would be pretty confident in, this girl who was dying to hook up with me, dying to hook up with me. And that's how I remember it. She aggressively pursued me. Her mother found out, and rather than deal with the mother, she just lied. She just lied. And let me take all the shrapnel. Okay, fine, whatever, that's how, that—how else can you explain it? Uhm, now, when I did this originally, I knew I had the DMs from her |

|  |  | and again I will go to my grave. Anybody who sides with her version of events which make absolutely no sense and is contradicted by virtually every piece of evidence, I'll never prove, yeah, yeah, you know, I could tell you that it's gonna get dark tonight, you know like, "No he's lying." Like that is how black and white that is. |
|---|---|---|
| 00:26:39 |  | The 2nd girl, I knew, also knew who it was but I was like I'm— this is a he-said/she-said. Like I am never ever going to be able to prove that my version of events is what happened. Her version of events. Put up the headline for the whole article. *[Sound of pages flipping.]* That was the headline of the article, by the way, across the Internet. Like no context.<br><br>*I was literally screaming in pain. Young women say they met uh Barstool Sports founder for sex and turned violent and humiliating.*<br><br>is a total lie. I said in the article, it was a lie from the beginning, but it's like if if no one else is in the bedroom except me and her, it's a he-said/she-said, and people still don't believe me about that first example, so how the hell am I gonna prove myself with this? Uhm I was stunned to hear it was the girl so, but he- here's wh- so that was the headline. |
| 00:27:34 |  | Let's move to the next girl. They call her Madison. I want to clear something up right off the gun. There's an article that came out. I want to clear it up. Put it up, put up Exhibit 11. Okay s-<br><br>*Explained: Why Madison Beer is being dragged into the Dave Portnoy's story. Ever since the bombshell interview blew up, people on social media have come up with theories suggesting the woman in s- in the story could in fact, be Madison, the singer.*<br><br>I did not have sex with Madison Beer. I want to make that unequivocally clear. Alright, she's clear she has nothing to do with this story. |
| 00:28:07 |  | Let's move on from that. In Exhibit 12, before we get into this, I want to replay and now, put yourself in my shoes here. You get hit, blindsided, sort of–you didn't know what was going to be in the article–with this slander piece that was 8 ½ months in the making. A girl that is like what the fuck is she talking about? And you're basically accused of rape, for the world. And I know I'm not an idiot that people don't like me, they're gonna be like he raped, he raped. I am lucky that the people who know me and |

|  |  | have worked with me and talked with me over the last two decades believe what I say. My lawyers, as I said, they're like you gotta just shut up. Like you've been accused of serious shit. Just shut up. Don't even say you know the girls. I went the opposite way, made 11-minute rant, stream of conscious, and I want you to rewatch what I said happened with Madison. And this is before I knew any evidence would come out, anything would be sent to me, this is my reaction when I'm just telling you the God's honest truth of how her and I—our weekend went. Play. |
| 00:29:08 |  | This is so we're going back in time. Play the video, and this is me describing Madison and I's encounter. |
|  |  | *I can say this unequivocally, at no point, she came, she flew, we did have pizza, hung out, hooked up, at no point during it, at no point — at no point, at no point — was it not 100% consensual. At no point did she ask me to stop. At no point did either of us think something unseemly happened. There was no weirdness after. It was totally fine, normal interaction. Sexual, z-, 100% consensual. My lawyers are like y- don't don't, you know, make these blanket statements. I'm telling you now, her version of events is not true on our hook up. Just not true. Neither of us were like 'Oh you shouldn't be doing—i-it was 100 million percent consensual. What's going on in her brain, I have no idea. Her actions outward, all 100% normal. Wasn't alarmed, never thought about it. Now after we hooked up, we were hanging out more and it just became one of those situations where we disagreed basically on everything from, you know, is it raining or sunny out? Is is this is oil and vinegar. Two people who did not get along, did not see the world the same way, and that is why she slept on the couch. I do believe my recollection is she was still interested in hooking up and I'm like, this just isn't working. Like, we don't get along. Uhm, flew back, I never talked to her again. I never knew she had any issue. It's the first I heard of it, and frankly was stunned to read and hear about it. I and obviously not gonna say her name, I don't want her harassed. If what she is telling that she didn't enjoy the experience is true, I had no idea and that's horrible and I never want to feel that way. But if there was a hidden camera in that room, and it wasn't a he-said/she-said, and someone saw the interaction, there would be absolutely nothing there. I promise you from the... I I've never lied. My lawyers have been like don't even acknowledge that you know who this person is. Just anonymous is better because people can just throw it away. I* |

| | | |
|---|---|---|
| | | *don't do that. I know who the person is, and I'm telling you that's how it went down. The reason I knew who it was is not because of description of event, because it doesn't ring true at all, it's because she slept on the couch because we had a disagreement on life. Nothing to do with sex.* |
| 00:31:26 | | Okay. So again, that was what? A couple hours after the article dropped and after I got to digest it? No script, off-the-top, telling you what happened, knowing probably I'll never have the the tangible proof that I had with the other girls I just mentioned, because as I say in the rant, we didn't get along. We just did not get along. Uhm I tried to keep it vague because I know how people come at me, but uh i-it- like a lot of—it was just like a lot of political shit and it's like she was extreme. I don't like either extreme, but i-it *[exhales]* it was oil and vinegar. That's all I can say, and that's what I said in the video and that's why I don't have anything after the fact because we did not get along after the first night. But this this story of me chasing her around and she'd been like "Stop, I'm crying in pain" did. not. happen. I'm not even going into the part of the article in Business Insider where they say the girl had a rape fantasy. It wasn't anything like that, it was nothing. I know everybody has seen that one video with me in the past like 'oh he's crazy.' Dude, there was none of that. That was something that girl really wanted to do and we talked about it, we knew about it. She actually answers like, 'yeah, it's fun.' That did not happen. |
| 00:32:40 | | People are holding this this thing which I was the victim and to be honest, is probably what allowed Business Insider to go down this path because you have something–you know you're not going to say it–out there, it's like we're gonna find more people to do whatever. Uhm and and like the first girl. Her agenda's clear. Mother mad. Mother embarrassed. But what, this girl agenda? I really didn't know. Now, once it happened, I start paying attention because again they never said it I raped her, they never said it wasn't consensual. Her story reads like rape, like it's almost reversed, like I'm reading it's like you're saying I raped her, but then you're saying I not raped her. If she said stop, and she's like this is too much, you're hurting me, you stop. That's rape if you don't stop. So they describe rape, but they don't say rape blah blah blah. Anyways, I start paying attention and now a key part in Business Insider and they have so many lies. They say the girls don't want to be identified because they're afraid like we'll stalk them and do s-shit and all this. Guess what? You know who hasn't identified them? Me. Both my lawyers are like you gotta sue the fuck out—you have evidence in your hand. Definitely the 1st girl, the mother who blatantly lied to the police. |

| | | |
|---|---|---|
| | | And probably after you see what I have of this girl. I don't want to. I don't want to identify the girl, I-, because I don't know what that will do to them. And frankly, this girl has a mental health channel. She's talked about health issues, that, which is post, way after me. But Business Insider knew about and fucking ignored, because they're scumbags. But I started following her. She identified herself. This girl, who supposedly want to remain anonymous, did a duet with me on TikTok. Like my speech with her face next to it. I'm not going to put it up because I don't want you to see her face. Hundreds of thousands of views, and then she was commenting below it. |
| 00:34:32 | | Put up uhm Exhibit 13. So this is just a random commenter. |
| | | *Dave's not a rapist that's crazy, when you got money, you got be careful.* |
| | | This is the girl who is accusing me. |
| | | *Nobody said he was a rapist.* |
| | | She said that. Her words. Put up the next one. |
| | | *She messaged him. Said she wanted to explore her rape fantasy.* |
| | | That's a fact. |
| | | *She came over. They did* |
| | | We did not explore rape fantasy. We did not. Uhm |
| | | *She is of age, she never said no. Sounds consensual to me.* |
| | | Uh, the creator, her, |
| | | *The article never said the sex wasn't consensual.* |
| | | I am getting crucified and dragged through the coals on a girl who is openly in the public being like I never said it wasn't consensual and i-it wa-wasn't rape. Again, they keep stopping short because they know that's an investigation and if i-something happened, *[unintelligible]*, whatever, she's saying that. She doesn't even know I'm looking at this by the way. So, it's not like she's being provoked, this is she's doing it on her own answering it. |

| 00:35:33 | | Uhm we dig a little more like where'd this animosity come from. Exhibit 14. July 20th, so that is when she left. |
| | | *Dave Portnoy equals little bitch.* |
| | | Again, doesn't sound like, so- you, I told you we didn't get along. That's what you write once when you don't get along with somebody. You do not write that, I don't think, I don't know, when you've been assaulted. Like little bitch is like he's an asshole. |
| | | Uhm, Exhibit 15, please. This is all dug up after the fact. That net worth, thanks for this fucking hit piece, is probably like half that shit now. Uh below it, that, so that's my celeb net worth, thanks for the update. That's her–I don't know how she can delete that– Venmo at me. How much money I'm worth? Venmo. Okay, interesting. |
| 00:36:31 | | Uhm now, this could, y-y- —keep in mind why, I'm I'm gonna show you why we're doing these. Exhibit 16. We dug a little bit into her past, and and remember when I said we had life differences and I didn't get into it in the original video, and people were like, I've seen some people like obviously you fucking don't get along with like a 20-year old, you're a totally different age. You want to crucify me? I've hung out with a lot of 20-year olds, Alright? I have. Uhm and I've never had one sleep on the couch because I didn't get along on philosophical issues. Uh and I'm not a huge—people think I'm like some crazy Trump guy–I am not. I don't like either extreme. This girl was extreme, extreme, extreme, extreme left. Here are some of her tweets. |
| | | *Donald Trump is the biggest idiot out there.* |
| | | Uh continue, uh |
| | | *We still hate you.* |
| | | That's to Donald Trump. Next one. |
| | | *I'm surprised nobody has killed Donald Trump yet.* |
| | | Next one, |
| | | *Two thousand twenty [2020], better vote, we are not letting Donald Trump thing happen again. Nope.* |
| | | Next one. |

|  |  | *I'd embarrassed if I was a girl and supported Trump.* |
|  |  | Next one. |
|  |  | *Donald Trump, real life monster.* |
|  |  | Next one. |
|  |  | *Fuck Donald Trump, with a knife and a smiley face.* |
|  |  | I don't fucking care. A lot of people hate Trump and go bananas on social media. I-it, like, that isn't a conviction at all, because again, half the people would be in jail. |
| 00:37:52 |  | Uh, but where this got intere- and and so I was not gonna do, say anything more about this girl because it was a he-said/she-said. There's nothing I have that can prove it. I wasn't gonna get into the politics of it. I didn't want to bring it in, but that is why we did not agree, and it was a vicious conversation, and we did not like each other after that. And she still was willing to hook up after that. I remember being on my stairs being like you know, some people just don't get along. That's us. Alright, so she was there.

Now, this was last night and some people are going to be like 'Dave, you overblew this.' In light of everything I'm saying, I think this was the final thing like okay, a relief. Like I sent, when I got sent this video, I sent it to my parents, I sent it to Silvana, Rene, Erica, I'm like 'fuckin' A, we got it, we got it.' And that's when I started getting like little little ippity on social media. |
| 00:38:42 |  | So, let me give the background on this. When she was at my house in Nantucket, she has a Finsta—fake Instagram. That's when you don't want everyone to see your real shit. I had no idea that she had it. Okay? There's a dude, Stoolie–thank God to that guy–who she was posting in real time about being at my house unbeknownst to me. This kid screen recorded it in real time. They're long gone. She's not that dumb with covering her tracks, but he screen recorded it, and when he heard my story, and I said I think I said the girl is from Detroit at some point, and he's like wait a minute, is this the girl that like I screen recorded—because sh- he knew who I was and he knew we hung out. |
| 00:39:27 |  | So, he sent this along and we blurred out her face. Alright? So because we don't want to identify her. We don't want people to know who she is. So, this was sent. We'll play the full video. You can see it in scroll so you, so, s-, know it's not edited. And |

| | | |
|---|---|---|
| | | we'll go through each part. I would say it reads like a three-part play. If you go back to what I said, she came, we were happy, we hooked up, we get in a fight about politics and fucking shit like that, which is, I'm not even that political. That's how insane that convo had to be. She gets mad at me and then we'll see the coup de gras, uh in my mind. Alright, so play the video together.<br><br>Here it is, so there's me, her,<br><br>   *Me beating Dave in Scrabble.*<br><br>Silvana, I'm sorry, I'll play Scrabble with you. Here, we blur- there's a picture of her face, clear as day.<br><br>   *Portnoy was a…*<br><br>So, the first one is pre-sex, that one was in the middle, this is the third,<br><br>   *Not my proudest fuck.*<br><br>Just as happenstance, I, my interview with Donald Trump was like three days later. I think we have a pretty clear agenda that has developed. |
| 0040:33 | | Let's pull up each slide, because we gotta read what's in there. Pull up the first. So, here it is. This is before we've hooked up. She comes, we're hanging out, playing Scrabble, lovely day.<br><br>   *Me beating Dave Portnoy in Scrabble.*<br><br>Uh everybody's happy, happy go lucky. Next slide, this is after we've hooked up. This is her face, again, in this video, uhm,<br><br>   *Portnoy was a dick and lame and grumpy.*<br><br>I think grumpy is the exact line they use in the Business Insider of how she described me.<br><br>   *He gets a 2 of 10 from me. If he ever…*<br><br>Listen to this…<br><br>   *If he ever truly pisses me off, I have lots of content to expose him with. I'm going to stick with athletes*<br><br>with one, two, three, four, five, seven dollar-sign flying emojis. Uh she unleashed everything she had on me. Okay? So I guess |

| | | |
|---|---|---|
| | | it's sext in, but the story is made up. There is zero point zero point zero zero [0.0.0] truth to it. And even here, like oo- i- this is after we had sex. Is there any talk about assault, any of the things she's saying, running around. She described me as lame and grumpy. Lame and grumpy. Is th- uh- And again, people who don't like me, they're like, what does that prove? If somebody just fucking basically raped you, is that how you describe them? As lame and grumpy? And then obviously three days later, I happened to interview Trump. If Biden asked me, I'll fucking go tomorrow. Alright, put the next one up. |
| 00:41:59 | | So, here's the picture. Again, <br><br> OK. Not my proudest uh proudest fuck. <br><br> Again, if the, if what she is saying transpired, like do you publicly announce wasn't my proudest fuck? That's because you fucking hate Trump. Somewhere along the way, it's like uh she started viewing me as this—I have no idea how she got connected to the Business Insider people, but I just want to stress this, and I've showed it to various people, this video, and some people are like it absolutely exonerates you. Other people are like yeah, I don't know that it does. I guess when you look at the full circle of this, I told you what happened in that video before I knew this existed. It lines up perfectly, and I mean perfectly, with my version of events. Go full circle, take the first girl that that that we disproved, I told you I was telling the truth. I was right about her, and I'm right about her. Like, are you gonna believe this person, who by the way has gone viral for like wildly sexual videos saying over the top stuff after the fact, which Business Insider did not put in, ignored, like who are you gonna believe at this point? Who are y-, honestly. It's it's, I told you I was telling the truth and now I have facts. Slide one, slide two, slide three back up my story before I even knew it existed. |
| 00:43:16 | | Uhm, you know what's being overlooked? The next thing I believe, which I'm just going through my notes. This girl, Ava Louise, but don't put it up yet. So again, I-I-I'm sorry if it's running long. Are people like 'oh, this is boring, I'd rather be watching something e-.' Hopefully not, because no offense, I got accused of rape. That's my fucking life. Like, that's as horrific a crime as you b- can be convicted of. Alright? And accused of. I got accused of it with, so far, in 8 ½ months, two sources that I was able to disprove in three days. They did not put in one positive girl's interaction. I have like 50 of them, like, and they've all offered. Be like "D'you want me to go on the record?" I'm like, ''I don't think we're there yet.'' Like and |

| | | |
|---|---|---|
| | | what's just a random, but she talked to everybody. I have people being like "We've talked to her. We told her to go fuck herself." Like nothing, only two negative, both disproved. Now this is what's—if you have a brain–this girl, Ava Louise, who is a third girl mentioned. So, there's only, there's actually only one girl on the record in this thing, and it's Ava Louise.<br><br>Ava Louise, I talked to in 2017. We did not talk about her age at all. She said she was in college. I believe it was like two texts or three. It was like "hey, meet me out in New York City at a bar." It's like "for sure, I will." And never talked to her again. That's 2017. So, that's four years ago. Alright? Uhm she is quoted as a source in this article. A girl I haven't talked to in four years. So the only woman, and they talked to everybody in my life, everybody, there is one woman who is quoted, Ava Louise. Please play who Ava Louise is. |
| 00:44:57 | [clip from Dr. Phil show]<br>Dr. Phil:<br><br>Ava Louise: | So you lied to people?<br><br>Well yeah, I mean, that's what the media is doing, I think, with this entire virus. Uhm, obviously, it was a social experiment more than anything else. Like obviously I wanted the cloud off of it, and I was like really annoyed that corona was getting more publicity than me, because I currently have like a song going viral right now and no one was covering it. So, I decided to hop on the corona wave, but uhm, yeah, I n-, I just did lie to people, yeah, I did. And it did exactly what I thought it was going to do. Like, it's funny because I created fake news, myself. |
| 00:45:33 | Dave Portnoy | This is the only girl that's quoted in the article? Like, am I taking crazy pills? That is the one girl who put her name, and by the way, I'm not mentioning the other two. I don't want to go after the other two. I like, whatever, I kind of feel again, I I understand. I think both, where they're coming from, one mother, the other political and fucking hates Trump and kind of viewed me as Trump.<br><br>The Business Insider, who should pay. Uhm and we didn't put up a slide, by the way. It's gotten to this point, I forgot it, and I don't even know that we can find it, people who've been following me should know this, but after the police report came out and after I provided all the DMs, I asked Business Insider. all of them, Julia Black, the editor, Nicholas Carlson, Henry Blodget, the CEO. I'm not gonna get into Blodget this on this particular one, but if you don't know, I'll tell you at the end. But I asked them all |

| | | |
|---|---|---|
| | | nicely, fairly. I said I will come to you to do an interview as long—here it is, here's here's the uhm the text exchange.<br><br>*We'd like to formally invite you to join the Dave Portnoy show on Tuesday to talk about the article that's published in Business Insider about Dave. We'll make it as fair as possible. You can bring as many people as you like. You can also video record the whole conversation and repost for your own purposes.*<br><br>I would have liked to ask them. You have possession of the police report. You didn't put it in. You've seen the DMs, your story directly contradicts it. Like, how do you explain that? This is what they replied,<br><br>*Thanks for the invitation. On behalf of Patrick, myself, myself, anyone else invited, we'll decline. We're gonna let the story speak for itself.*<br><br>What does that even mean? You haven't put in any of the other facts. You wrote a hit piece and won't put in the stuff that directly contradicts your own reporting.<br><br>*Send your future invites to to our VP of Comms, Mario Ruiz.*<br><br>This is the Global Editor in Chief. This is the Global Editor Chief. |
| 00:47:24 | | And you know what's sad? Well, and I don't know what to do. Like here here's the thing. There's a reason Barstool is Barstool and there's a reason I'm me. You don't have to really love me, but I've said the same thing for basically two decades now. I will tell the truth, and that's why I generally come out on top in these things when the lawyers are like "No, don't go crazy.: It's like I have nothing to hide. Now, could someone else, like these two girls, make up lies and come forward? Yeah. I can't stop that. The he-said/she-said. But I think I'll be able to prove my innocence, because I have never done anything inappropriate with any girl in life, and I have every girl I've basically been with who is like this is fucked up and if we needed to go to bat, like we will. Don't prey on younger girls. That girl, the w-younger one fucking preyed on me. Uh and to be honest—I don't wanna get too much into it—but it's legal in this country and like, if you think 30, young 40, like mid-20s, like that, I'm in Miami, that's the club every fucking night. There's nothing non-consensual. |

| | | |
|---|---|---|
| 00:48:21 | | What I found hilarious, and and again, I already know, the people who hate me and will get into this, let's start though with the, I— not to go off track, Ju- Exhibit 25. This was yesterday. What was this? Twenty minutes after we got the video? Nicholas Carlson, again, the guy who refused to talk, |
| | | *I'm proud to announce that we've hired Julia Black as a correspondent for the Insider. She previously worked with us as a freelancer. She is persistent, fair, talented writer, and a delight to work with.* |
| | | That was yesterday at 5 o'clock. What in the world has been fair about what they did? And I don't mean this exaggerating, they belong in prison. They have evidence that they have withheld to make me look like a rapist without calling me a rapist. And guess what? It's going to stick with the people who don't fucking like me. And let's go, uh you know what, I'm gonna start, let's go 27. We'll go back to 26. Kat Tenbarge. |
| | | *Newsflash. Consensual sex can very quickly become non-consensual sex assault when partners introduce violence into the equation. It was totally disturbing, disgusting. Portnoy's fanbase is rationalizing the act of surprise choking.* |
| | | There's no fucking surprise choking. This—jail. It did not happen. Where is the girl, you saw the DMs of the other girl. The other girl clearly has an agenda said she had a rape fantasy. Like, I don't, I've been with a million girls, none have I choked, girl, yeah, you've seen it, if a girl's like 'stop,' I fucking stop. This is pile on, she works for Business Insider. And people retweet this, retweet this, retweet this. I've said this a thousand times, if it's consensual, I don't care if a girl says yes 1,000 times; if she says no once, it's rape, period. |
| 00:49:59 | | 28, Exhibit 28. This is today. |
| | | *Julia, come out to play, Julia. Henry, come out to play, Henry. [Sing-songy.]* |
| | | Henry's the CEO. This Susie Banikarim. Uh |
| | | *This is just absolute psycho shit.* |
| | | She's talking about me. |

| | | |
|---|---|---|
| | | *Still fully harassing a woman for daring to report on him and signaling to his troll army to go after her.*<br><br>Uh, she accused me of rape with no evidence. Two reports at any reporter if they dug into these stories would have realized were not credible whether you thought it was real not to go try to ruin somebody's life with the amount of evidence they had to resort to Ava Louise. And by the way, Susie Banikarim, we reached out to them nicely to come interact with us. They won't talk about the article, they just throw... They have accused me of something. It's, I-I've said a couple *[unintelligible]*, I didn't point zero zero zero one [.0001] be in the wrong. I was point zero zero zero zero [.0000] in the wrong. Also, pull that up one more time, that tweet? |
| 00:51:06 | Speaker 2: | Exhibit 27? Tony? |
| 0051:10 | Dave Portnoy: | So yeah, right here,<br><br>This is just psycho shit. Harassing a woman for daring to report on him and signaling to his troll army to go after her.<br><br>The way I read this tweet, Julia, female, come out, and I said Julia. come out to play.  Henry below, that's a male, come out to play. One female, one male. Who's tagged in this? The male. So, how am I—you have—I don't care if you're male or female. If you accuse me of rape, I'm coming for you. I'm gonna prove my innocent and you don't get to be like "Whoa whoa whoa."' You fucking did a dog shit report and you're getting congratulated by this psycho boss of yours. Like what world are we taking? You can't have it both ways. If you're gonna put your name and be a female reporter, be fair. I won't fucking attack you. This place here, we have more women executives than any other person, company in media, like I treat people who say if that is an example of me somehow having an agenda against females when there's a female and a male and I tagged the male and not the female, how do you win with that? The girl wrote, said I was a rapist. What don't people get about that? |
| 00:52:11 | | Uhm, this one, you know, her, this is – and I don't know her, but I've watched enough where I feel like she's kind of fair and open minded. Uhm this is, yeah, this is Mina Kimes, ESPN. This is right when the article comes out. Uh so they say Black spoke with three women who sex that they put… By the way, two, two. We're not actually believing the third, are we? With absolutely no evidence, no facts, no context. I did not film without advance permission. Totally lied. Total, total, total, total lie. Fine, she says |

26

| | | that. Now this is where it gets sticky. Mina Kimes, again, she seems rational and I feel like anybody who's rational would have my side on this. This isn't about like "me too" women's ri-, this is about fair. This is about fair. I've never done anything remotely similar to this. People always want to pin me as a guy I'm not. That's why I keep shaking this. Uhm but this is what Mina said. |
|---|---|---|
| | | *This is really upsetting, well-reported story. And judging by the replies, there are way too many people who don't understand the concept of consent.* |
| | | She's retweeting the thing. In what universe is this a well-reported story? Honestly, in what universe? They didn't accuse me anything. It's all anonymous sources. There's nothing that makes sense to to dig in, and she has look 633 retweets without giving the story a second to breathe. |
| 00:53:38 | | It sucks because people are gonna see this and gonna be's Dave's a rapist. Have they talked to anybody who I know or that that will put their name in any proof? Nothing, there's nothing there. I just disprove—eight and a half months you talked. I've been single until recently. Shout out, Silvana.  Until recently for like 5 years. Single, famous, Miami, around. We used to do a blackout tour with college coeds. I've never been accused once, never. And you talked to every single person I've ever met? And you have two stories that are disproved in three days and Ava Louise? How is that enough to go to print and try to ruin somebody's life and somebody's company? Honestly. |
| 54:18 | | Uhm I think I got one more video, but before we go to that I know what everyone is asking. Like, can I sue these people? The legal part of what's going on, and trust me, I want a pound of flesh, and anybody who thinks I'm just gonna go away after this… |
| | | And Business Insider, by the way, I talked to lawyers when I talked to 'em, I'm like, "Oh, they're gonna have to retract it, they're gonna have to take it down, right?" Like I have all this fucking proof like nobody in the history of media has taken down an article. You wanna know how stupid it is? Wanna hear dumb it is? They can argue, they can keep it up because it is now news, yet they wrote it first. They made news they made shit up about it and they put it behind a paywall. Yes, I did mention contacting advertisers. Uhm they put it behind a paywall and monetized it. They were monetizing it as recently, I saw, as two days ago in a newsletter with big headlines, big splashy Dave's a rapist, |

| | | basically. Uhm so yeah, I wanna sue 'em. I want their asses, but my lawyers are like it's almost impossible in the United States. |
|---|---|---|
| 00:55:19 | | Not only that, because here's, it's not set up for me. It's not setup for a scumbag like Julia Black or Henry Blodget, convicted SEC fraud, or Nicholas Carlson, who's doing this hit piece and need people to pay. It's not set—it's actually set up for people who really need it. So a big media company can't like threaten somebody not to write an article, and then they can sue 'em. |
| | | So what this anti-SLAPP thing, I have to be able to prove there was malice. And by that, I have to be able to prove they knew they were writing this story before it even started, which is 100% factual. I don't have that proof. That's why Julia Black sent me that email to be like, 'hey we want to write this story' all positive. Yeah, right. And in terms of that, that's why they called my idiot friend Elio to be like 'Elio said he's a good friend' and they throw that one line in so they can have this appearance, 'Nope, we're just trying to get a good article.' |
| | | I don't know where the bodies are buried. I guarantee you somewhere, dark room, whatever, they're like we're going to write this hit piece, maybe uh because of my sex tapes, they just hate me. The same group of people have hated me for the 20 years, so this was their excuse to come at me. They found nothing and they still fucking wrote it. |
| 00:56:24 | | Uh In addition, for the lawyer and I'm still debating doing it just to drag them through it. If I sue them, I'm locked in immediately. Like you're locked in. If I lose, which ev-, I've talked to every lawyer in the book, they're like you cannot win. A famous person cannot win this case. They can't. It's like virtually impossible. I still may do it just to see them eye-to-eye and be in that courtroom, and this is way more important than money. But having said that, if I lose, I pay their legal fees. So what Business Insider does, they know that. Why do you think they did this? Because they'll go hire the most expensive, most powerful lawyers in the world, and then they'll be like if you lose this, you're gonna have to pay like millions on this drag. So that is why it's preventative. If they think I'm done because of that, they don't know the first thing about me, just like they didn't know the first thing about me when they thought I'd just roll over. Or they thought I was the scumbag that they fought for 20 years and they found nothing and they couldn't get off of it. |
| 00:57:16 | | Last clip and this is a totally different thing. I've talked about the insider trading all that, that is still on the trable. Nobody is going |

| | | |
|---|---|---|
| | | to tell me this piece dropped on earnings day for pen. People knew when it was gonna drop. The stock was shorted the day before the fucking article came out. And the scumbag CEO Henry Blodget, who I've talked a lot about, he is literally banned from the SEC for insider trading. You think that's all just one giant coincidence? Henry Blodget probably has no problem with me. He used these patsies as an example to drop a hit piece and make some money. I guess. I want to leave you with it. This is the guy, the CEO of Business Insider. By the way, not one person from uh Business Insider has had the guts, the balls, whatever you want to call it, to speak with me. You want to know why I keep increasing the pressure? Why is Dave attacking? Because they won't talk. They just, they accused me of rape and then ran away. Play this last clip. |
| 00:58:06 | *[Clip from The Soup showing clip from Today Show]* Joel McHale: | Henry Blodget is excited to be on the Today Show and clearly Henry Blodget thought Matt Lauer wouldn't Google him before this interview. |
| | Matt Lauer: | Tom, thank you very much. Henry Blodget is editor of Business Insider and a former Wall Street analyst who was permanently banned from the securities industry after settling fraud allegations with the SEC. *[audience laughter]* |
| | Joel McHale: | Yeah, yeah, I'm on TV. He's describing me. Oh no, I should have only agreed to go on the 4th hour. Kathy Lee and Hoda are not fact-checkers. *[audience laughter]* I look like the cricket from *A Bug's Life*. Discoveries… |
| | Dave Portnoy: | That's, that's my new arch enemy. That's my new arch enemy. Uh if this is a baseball game, we're in the top of the second. We're in the top of the second, like this is just just the beginning. I-I know I keep saying it, but people sometimes 'why you get mad?' But I got accused of rape. It's arguably the most horrific thing you can be accused of with zero point zero [0.0] evidence and they fucking knew it. Music. |