# EXHIBIT 5

# Nantucket Police Department

# Incident Report

| Incident Report Number: | Between: Date - Time | And/At: Date-Time | |
|---|---|---|---|
| 20-008986 | | 8/10/20 | 15:45 |

**Incident:**
ASSIST Assist

| CFS Code-2: | | CFS Code-3: | | |
|---|---|---|---|---|
| CFS Code-4: | | CFS Code-5: | CFS Code-6: | CFS Code-7: | CFS Code-8: |

**Incident Location:**
■■■■■■■■■■■■■■■■■■■■■■■■■■

| | Name (Last, First, Middle) | DOB: | Race/Sex |
|---|---|---|---|
| COM | Susan, Susan | | U/F |

Address: (Address, City, State, Zip)        Home Phone Number

Employer        Work Phone Number

Employer Address        Cell Phone Number

| | Name (Last, First, Middle) | DOB: | Race/Sex |
|---|---|---|---|

Address: (Address, City, State, Zip)        Home Phone Number

Employer        Work Phone Number

Employer Address        Cell Phone Number

**Date:** 08/10/2020
**CFS Code-1:** ASSI Assist

## NAMES

**Involved Party**
   Portnoy, David S   W/M-43 of ■■■■■■■■■■■■■■■■■■■■■

========================================================================

## NARRATIVE

On 08/10/2020, I Officer Brizard was on uniform patrol in marked cruiser V12. At approximately 3:45 PM, I was dispatched to the Nantucket Police Department to return a phone call to a Susan regarding a David Portnoy owner of the

Vehicle Information: (Year, Make, Model, Style, Color)

| Plate Number: | State: | Expiration Year: | Vin: | Insurance Company: |
|---|---|---|---|---|

Other Vehicle Information:        NCIC#

| Reporting Officer(s): | ID Number: | ID Number: | Report Date: |
|---|---|---|---|
| Brizard, Guivenson | 940 | | 08/10/2020 |

| Time Received: | Time Cleared: | Unit(s) Assigned: | |
|---|---|---|---|
| 15:45:32 | 15:46:08 | 12 | 1 Of 2 |

| Reviewed by: | ID Number | Copy To |
|---|---|---|
| Mack, Daniel | 194 | |

**Incident Report Number:** 20-008986

**Nantucket Police Department** | **Continuation**

20-008986                                                                          08/10/2020

Barstool Sport being with younger girls in Nantucket.

Upon speaking with Susan, she stated that she would like to stay anonymous. All Susan gave me was the name Susan ▮▮▮▮▮. Susan stated that she would like to make the police aware of a David Portnoy bad behavior. Susan stated that she heard that David Portnoy only hangs out with 18-year-old girls when he is in Nantucket. Susan stated that David Portnoy is 43 years old and he shouldn't be dating 18-years-old girls, Susan stated that she wants to give us a heads up. Susan stated that she heard David Portnoy always ask girls to come to his pool house to hang out with him. Susan stated that she heard David always ask the girls if they are at least 18-years-old and willing to have sexual intercourse with him. Susan stated that workers from the Fish & Meat Market told her that David Portnoy came there with a different girl every time he goes there.

Susan stated that her 19-year-old daughter went to David Portnoy's house not too long ago, and something happened and now she was in the hospital. Susan stated that her daughter stated that she has no memory of going to David Portnoy's house. Susan wouldn't give me a name or tell me what happened. All Susan said was that she wants to give us a heads up on David Portnoy's behaviors because she doesn't want "this" to happen to other young girls on the island. Susan stated that we should keep an eye on David Portnoy when he is on the island because he shouldn't be dating 18 years old girls.

I told Susan that we haven't got any complaints from any 18-year-old girls about David Portnoy. However, I told Susan that I was going to talk to my Sergeant about what she had told me. I then spoke with Sergeant Mack about what Susan told me. Sergeant Mack suggested that I notify A Safe Place along with the Detective Units and to do a case folder for the Detectives which I did.

Moment later, I called Susan to give her an update on what the next step will be. I told Susan that I have already called A Safe Place to report the incident. Also, I advise Susan that our Detective Units would be notified regarding the incident.

Brizard, Guivenson                                          940