IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID PORTNOY,<br><br>                Plaintiff,<br><br>vs.<br><br>INSIDER, INC., at al.,<br><br>                Defendants. | Civil Action No. 1:22-cv-10197-FDS |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION TO DISMISS**

Pursuant to Local Rule 7.1(b)(2), Plaintiff David Portnoy, with the assent of the Defendants, respectfully requests an extension of time through and including May 27, 2022 to respond to Defendants' Motion to Dismiss (ECF No. 26) and Request for Judicial Notice (ECF No. 28), filed on April 11, 2022. As grounds therefore, Plaintiff states that his counsel, Andrew Brettler and Jake Camara, are currently on trial in Los Angeles, and his other counsel, Howard Cooper, is scheduled to begin a jury trial on May 2, 2022 before Judge Sorokin. Defendants assent to the requested extension, and no party will be prejudiced.[1]

WHEREFORE, Plaintiff David Portnoy respectfully requests an extension of time through and including May 27, 2022 to respond to Defendants' Motion to Dismiss (ECF No. 26) and Request for Judicial Notice (ECF No. 28).

---

[1] Pursuant to Local Rule 7.1(b)(3), Defendants will separately seek leave to file a reply memorandum of law. Defendants propose to file the reply memorandum of law on or before June 17, 2022. Plaintiff's counsel does not object to the proposed filing date, but reserves the right to object to Defendants' filing any reply memorandum of law.

Respectfully submitted,

For Plaintiff, David Portnoy,
By his attorneys,


/s/ *Christian G. Kiely*
Howard M. Cooper (BBO #543842)
hcooper@toddweld.com
Christian G. Kiely (BBO #684308)
ckiely@toddweld.com
Todd & Weld LLP
One Federal Street
Boston, MA 02110
(617) 720-2626

Andrew B. Brettler (*pro hac vice*)
abrettler@lavelysinger.com
Jake A. Camara (*pro hac vice*)
jcamara@lavelysinger.com
Lavely & Singer PC
2049 Century Park East, Suite 2400
Los Angeles, CA 90067
(310) 556-3501


Dated: April 15, 2022

## **LOCAL RULE 7.1(a)(2) CERTIFICATE**

The undersigned certifies that counsel for the parties have conferred, and that Defendants assent to the relief requested.

*/s/ Christian G. Kiely*
Christian G. Kiely

## **CERTIFICATE OF SERVICE**

I, Christian G. Kiely, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on April 15, 2022.

Dated: April 15, 2022

*/s/ Christian G. Kiely*
Christian G. Kiely