IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID PORTNOY,<br><br>                Plaintiff,<br><br>INSIDER, INC., at al.<br><br>                Defendants. | Civil Action No. 1:22-cv-10197-FDS |

**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF**

      Plaintiff David Portnoy hereby informs the Court that he does not oppose Defendants' Motion for Leave to File a Reply Memorandum in Support of Their Motion to Dismiss the Complaint (ECF No. 35).

      Respectfully submitted,

      Plaintiff, David Portnoy,
      By his attorneys,

      /s/ *Christian G. Kiely*
      Howard M. Cooper (BBO #543842)
      hcooper@toddweld.com
      Christian G. Kiely (BBO #684308)
      ckiely@toddweld.com
      Todd & Weld LLP
      One Federal Street
      Boston, MA 02110
      (617) 720-2626

      Andrew B. Brettler (*pro hac vice*)
      abrettler@lavelysinger.com
      Jake A. Camara (*pro hac vice*)
      jcamara@lavelysinger.com
      Lavely & Singer PC
      2049 Century Park East, Suite 2400
      Los Angeles, CA 90067
      (310) 556-3501

Dated: June 1, 2022

## CERTIFICATE OF SERVICE

      I, Christian G. Kiely, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on June 1, 2022.

Dated: June 1, 2022　　　　　　　　　　　　　*/s/ Christian G. Kiely*
　　　　　　　　　　　　　　　　　　　　　　　Christian G. Kiely