**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **David Portnoy** <br>     Plaintiff <br><br>     V. <br><br> **Insider, Inc. et al** <br>     Defendant | CIVIL ACTION <br><br> NO. 1:22-10197-FDS |

## ORDER OF DISMISSAL

Saylor, C. J.

  In accordance with the Court's Memorandum and Order dated November 7, 2022, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                              By the Court,

11/7/2022                                          /s/ Flaviana de Oliveira
   Date                                                  Deputy Clerk