IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID PORTNOY,<br><br>                Plaintiff,<br><br>INSIDER, INC., at al.,<br><br>                Defendants. | Civil Action No. 1:22-cv-10197-FDS |

## NOTICE OF APPEAL

Notice is given that Plaintiff David Portnoy hereby appeals to the United States Court of Appeals for the First Circuit: 1) the Court's Memorandum and Order Granting Defendants' Motion to Dismiss dated November 7, 2022 (ECF No. 44); and 2) the Order of Dismissal of the same date (ECF No. 45).

                                                                              Respectfully submitted,

                                                                              Plaintiff, David Portnoy,
                                                                              By his attorneys,

/s/ *Christian G. Kiely*
Howard M. Cooper (BBO #543842)
hcooper@toddweld.com
Christian G. Kiely (BBO #684308)
ckiely@toddweld.com
Todd & Weld LLP
One Federal Street
Boston, MA 02110
(617) 720-2626

Andrew B. Brettler (*pro hac vice*)
abrettler@lavelysinger.com
Jake A. Camara (*pro hac vice*)
jcamara@lavelysinger.com
Lavely & Singer PC
2049 Century Park East, Suite 2400
Los Angeles, CA 90067
Dated: November 9, 2022                                    (310) 556-3501

**CERTIFICATE OF SERVICE**

      I, Christian G. Kiely, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on November 9, 2022.

                                                                                /s/ *Christian G. Kiely*
                                                                               Christian G. Kiely