# United States Court of Appeals
## For the First Circuit

No. 22-1880

DAVID PORTNOY,

Plaintiff - Appellant,

v.

INSIDER, INC.; HENRY BLODGET; NICHOLAS CARLSON; JULIA BLACK; MELKORKA LICEA,

Defendants - Appellees.

**JUDGMENT**

Entered: February 2, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Howard M. Cooper
Christian Kiely
Andrew Brad Brettler
Jake A. Camara
Elizabeth Anne McNamara
Rachel F. Strom
Lindsey Cherner