# United States Court of Appeals
## For the First Circuit

No. 22-1880

DAVID PORTNOY,

Plaintiff - Appellant,

v.

INSIDER, INC.; HENRY BLODGET; NICHOLAS CARLSON; JULIA BLACK; MELKORKA LICEA,

Defendants - Appellees.

**MANDATE**

Entered: February 2, 2023

In accordance with the judgment of February 2, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Andrew Brad Brettler
Jake A. Camara
Lindsey Cherner
Howard M. Cooper
Christian Kiely
Elizabeth Anne McNamara
Rachel F. Strom